IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.   13-164-4 |
| IRINA VASSERMAN | : | |

### STIPULATION AS TO RESTITUTION

The parties agree and stipulate that the sentence for defendant Irina Vasserman should include an order of restitution for **$1,703,450.74,** payable as follows:

 a) **$1,548,583.93** payable to Center for Medicare and Medicaid Services ("CMS"), 7500 Security Blvd., Baltimore, MD 21244-1850; and

 b) $**154,866.81** payable to Highmark, Inc., 1800 Center Street, 1A, Camp Hill, PA 17089.

This stipulation supersedes the prior estimate for restitution of $1,414,201 which was provided to the Court on August 18, 2014.

                ZANE DAVID MEMEGER
                United States Attorney

_____  /s/ M. Beth Leahy_____
Leo M. Mulvihill, Jr.           M. BETH LEAHY
Counsel for the Defendant         Assistant United States Attorney

Date: August 21, 2014