IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 13-164-4 |
| | : | |
| IRINA VASSERMAN | : | |

**FORFEITURE MONEY JUDGMENT**

IT IS HEREBY ORDERED THAT:

1.  As a result of the defendant's guilty plea as to Count One of the Indictment, the defendant is required, pursuant to 18 U.S.C. § 981(a)(1)(C), made applicable through 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(7), to criminally forfeit her interest in any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to such offenses as charged in Count One of the Indictment.

2.  The Court has determined, based upon the facts presented at the change of plea hearing, which formed the factual basis for the plea, and those set forth in the government's Guilty Plea Memorandum, that the sum of **$1,703,450.74** is subject to forfeiture as a result of the defendant's guilty plea to the acts alleged in Count One of the Indictment. This sum represents any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to such offenses as charged in Count One of the Indictment, and the government has established the requisite nexus between such sum and such offenses.

3.  A forfeiture money judgment in the amount of **$1,703,450.74** is hereby entered against the defendant, jointly and severally, in favor of the United States.

4. Any property recovered from the defendant and forfeited by the government shall reduce the defendant's outstanding liability on the personal forfeiture money judgment.

5. Upon the entry of this Order, the United States is authorized to conduct any discovery necessary to identify and locate property subject to forfeiture, in accordance with Fed.R.Crim.P. 32.2(b)(3).

6. Because the government seeks only a money judgment and does not seek forfeiture of any specific asset at this time, advertisement of the judgment and third-party proceedings are not required. Fed.R.Crim.P. 32.2(c)(1) (no ancillary proceedings to address third-party claims required where forfeiture consists of money judgment).

7. Pursuant to Fed.R.Crim.P. 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the defendant's sentence and included in the judgment and commitment order.

8. The Court shall retain jurisdiction to enforce this Forfeiture Money Judgment, and to amend it as necessary, pursuant to Fed.R.Crim.P. 32.2(e)

9. The Clerk of the United States District Court for the Eastern District of Pennsylvania shall deliver a copy of this Forfeiture Money Judgment to the United States Marshals Service, and to counsel for the parties.

ORDERED this 18th day of August 2014.

_____
HONORABLE JUAN R. SÁNCHEZ
Judge, United States District Court